1034

[No. 68205-9-I.   Division One.   December 24, 2012.]

F/V PREDATOR, INC., *Appellant*, v. HOLMES WEDDLE & BARCOTT, PC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-41843-1, Theresa B. Doyle, J., entered January 9, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68964-9-I.   Division One.   December 24, 2012.]

*In the Matter of the Personal Restraint of* DEREK JAMES FERGUSON, *Petitioner*.

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 69110-4-I.   Division One.   December 24, 2012.]

BENJAMIN G. WOLFF ET AL., *Petitioners*, v. DESIGN GUILD HOMES OF WASHINGTON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-07443-7, Susan J. Craighead, J., entered July 26, 2012. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 42553-0-II.   Division Two.   December 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN Z. WOMAC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05575-5, James R. Orlando, J., entered July 22, 2011. *Affirmed in part* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.